No. 10–7162. DAVIS *v.* LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied.

No. 10–7166. JOHNSON *v.* MORRELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–7169. CARTER *v.* VASQUEZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–7173. DEERE *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–7174. BOURGEOIS *v.* BERGERON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–7176. DAVIS *v.* GUSMAN, SHERIFF, ORLEANS PARISH PRISON, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–7177. MILTON *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–7178. SEPULVEDA *v.* BURNSIDE ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7179. RINES *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7180. SAINT *v.* MASSACHUSETTS REHABILITATION COMMISSION HOME CARE ASSISTANCE PROGRAM. C. A. 1st Cir. Certiorari denied.

No. 10–7181. QUINONEZ *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7184. RICHARDSON *v.* VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7188. MALLETT *v.* LABOR AND INDUSTRY REVIEW COMMISSION ET AL. Ct. App. Wis. Certiorari denied.

No. 10–7190. JEFFERSON *v.* SMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.